IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Charlotte Division
Case No.: 3:09-cv-192

THOMAS A. ALLEN,

    Plaintiff,

vs.           **JOHN MARLIN DANCE'S**
              **MOTION TO DISMISS**

JOHN MARLIN DANCE,

    Defendant.

## MOTION TO DISMISS

  **NOW COMES** the Defendant JOHN MARLIN DANCE and makes a Motion to Dismiss pursuant to Rule 12(b)(6) for a failure to state a claim upon which relief can be granted. Plaintiff has failed to please the essential elements of slander.

  This the  20th   Day of May, 2009.

          **TEMPLETON & RAYNOR, P.A.**

         /s/Carrie O'Brien
         Carrie H. O'Brien
         *(Attorney for Defendant John Marlin Dance)*
         1800 East Boulevard
         Charlotte, NC 28203
         Phone 704.344.8500; Fax 704.344.8555
         *carrie@templetonraynor.com*
         N.C. Bar No.: 27643

## CERTIFICATE OF SERVICE

      I hereby certify that on May 20, 2009, I electronically filed **John Marlin Dance's Motion to Dismiss** with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

*christopherjohnsonlaw@hotmail.com*

This the 20th Day of May, 2009.

                                /s/Carrie O'Brien
                                Carrie O'Brien
                                **TEMPLETON & RAYNOR, P.A.**